

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00051-CR

| | | |
|---|---|---|
| BEN MEADWAY, Appellant | § | On Appeal from County Criminal Court No. 3 |
| | § | of Tarrant County (1252112) |
| V. | § | November 29, 2018 |
| | § | Opinion by Justice Meier |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to show that the total assessed court costs are $335.10, not the $435.10 assessed in the original judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier